# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) |
| 1706 West English Road, Suite A High Point, NC 27262 | ) ) |

Case No. 1:21MJ180-1

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated by reference

located in the _____Middle_____ District of _____North Carolina_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated by reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. 7206(1) | Preparation of false tax return |
| 26 U.S.C. 7206(2) | Aiding and abetting preparation of false tax return |
| 18 U.S.C. 371 | Conspiracy to defraud the United States |

The application is based on these facts:

See attached search warrant affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Special Agent Brett Barton
*Applicant's signature*

Brett Barton, Special Agent, Internal Revenue Service
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____telephone_____ *(specify reliable electronic means)*.

Date: ___05/17/2021   1:42pm___

*Judge's signature*

City and state: ___Durham, North Carolina___

Joe L. Webster, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

Brett Barton, Special Agent with Internal Revenue Service (IRS) Criminal Investigation (CI), United States Department of the Treasury, first being duly sworn, depose and say:

1) I am a "federal law enforcement officer" within the meaning of Rule 41(a) of the Federal Rules of Criminal Procedure. My duties include investigations of alleged criminal violations relating to Financial Transaction Money Laundering (Title 18, United States Code, Sections 1956 and 1957), The Bank Secrecy Act (Title 31, United States Code, Sections 5313 and 5324), and The Internal Revenue Code (Title 26, United States Code) and related offenses.

2) I have been a special agent with the Internal Revenue Service, Criminal Investigation since July 2020. I am a graduate of Southern Wesleyan University with a bachelor's degree in accounting and business administration, and a graduate of Clemson University with a Master of Professional Accountancy degree with a concentration in assurance services. I have been a Certified Public Accountant in the state of South Carolina since January 2013. I am a graduate of the Criminal Investigator Training Program and the Special Agent Investigative Techniques program at the Federal Law Enforcement Training Center at Glynco, Georgia. Previously, I was employed as a Special Agent with the South Carolina Department of Revenue Criminal Investigation, as well as a Special Agent with the Naval Criminal Investigative Service (NCIS). I have had extensive training in financial investigations which included the development of probable cause for search warrants, analyzing financial documents, and interviewing witnesses.

1

3) Based on the facts set forth in this Affidavit, your affiant believes there is probable cause that Jerome Nwabueze is a tax-return preparer and that Nwabueze has committed violations of Title 26, United States Code, Sections 7206(1) (preparing a false tax return) and 7206(2) (aiding and assisting with the preparation of a false return), and Title 18, United States Code Sections 287 (false, fictious, or fraudulent claims against the United States) and 371 (conspiracy to defraud the United States).

4) Furthermore, your affiant believes there is probable cause that evidence of the aforementioned crimes is located at 1706 West English Road, Suite A, High Point, North Carolina. Your affiant makes this Affidavit in support of the issuance of a search warrant for 1706 West English Road, Suite A, High Point, North Carolina, more particularly described in Attachment A, to search for and seize evidence and fruits of violations of Title 26, United States Code, Sections 7206(1) (preparing a false tax return) and 7206(2) (aiding and assisting with the preparation of a false return), and Title 18, United States Code Sections 287 (false, fictious, or fraudulent claims against the United States) and 371 (conspiracy to defraud the United States).

5) The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This Affidavit is not all inclusive of the facts known to your Affiant.

2

## Facts in Support of Probable Cause

Background

6) An Electronic Filer Identification Number (EFIN) is a number issued by the Internal Revenue Service to firms that have been approved as an authorized Internal Revenue Service e-file provider.

7) A PTIN is an identification number that all paid tax return preparers must use to file U.S. Federal Tax Returns or claims for refund submitted to the IRS

8) An EIN is sometimes referred to as a Federal Tax Identification Number, and is used to identify a business entity.

9) The IRS Memphis Scheme Development Center (SDC) is a division of the IRS with the primary function of detecting refund fraud and return preparer schemes.

10) IRS-CI became apprised of Jerome Nwabueze through interviews of a former associate and an affiliated return preparer. Through these interactions, there were allegations of fraudulent tax return preparation by Jerome Nwabueze. The most current known tax return entities associated with Jerome Nwabueze are Flew Services and Sammy Holdings. Information for Jerome Nwabueze, as well as affiliated business entities was sent to the IRS Memphis Scheme Development Center (SDC) personnel for additional analysis, as further set forth below.

11) IRS data lists Jerome Nwabueze as the paid preparer for eighty-eight (88) 2017 U.S. Individual Income Tax returns and seventy-eight (78) 2018 U.S. Individual Income Tax Returns

3

listing the firm name as Flew Services. IRS data lists Jerome Nwabueze as the paid preparer for fifteen (15) 2018 U.S. Individual Income Tax returns, one hundred forty six (146) 2019 U.S. Individual Income Tax returns, and one hundred forty-nine (149) 2020 U.S. Individual Income Tax Returns listing the firm name as Sammy Holdings. These returns list Electronic Filer Identification Numbers (EFIN) of 696304 which is assigned to Flew Services and 793023 which is assigned to Sammy Holdings.

12) The EFIN associated with Flew Services is 696304. EFIN 696304 was assigned to Flew Services with an effective date of 02/05/2014. The EFIN application listed the EIN of 46-4137920 and business name of Flew Services. Florine F. Lewis is listed as the primary contact. The business address is shown as 3974 Cane Garden Drive, Raleigh, NC 27610. A search of North Carolina Division of Motor Vehicles show an address of 3974 Cane Garden Drive, Raleigh, NC 27610 for Florine Lewis and Jerome Nwabueze.

13) The EFIN associated with Sammy Holdings is 793023. EFIN 793023 was assigned to Sammy Holdings with an effective date of 09/20/2018. The EFIN application listed the Employer Identification Number (EIN) of 83-1467067 and business name of Sammy Holdings. Michael Iheme-Samuel is listed as the primary contact. The business address is shown as 6015 Fergis Drive, Katy, TX 77449. A search of data from the Texas Department of Motor Vehicles lists a physical address of 6015 Fergus Drive, Katy, Texas 77449 for Michael Iheme-Samuel.

4

## High Point Police Response to 1706 West English Road, High Point, NC

14) On April 4, 2019, the High Point Police Department responded to a public disturbance call at "Total Tax" located at 1706 W English Rd., High Point, NC 27262. While responding to this call, individuals pulled into the parking lot, one of them bearing the initials S.P. S.P. provided a statement to an officer with the High Point Police Department. According to S.P., the IRS called him/her stating the IRS had received a false/fake Form W-2 Wage and Tax Statement from Total Tax. S.P. further explain he/she had never worked at Piedmont Restaurant Group which was entered on his/her Form W-2 Wage and Tax Statement.

15) S.P. later spoke with an investigator with High Point Police Department regarding his/her 2018 Form 1040, U.S. Individual Income Tax Return. The return stated S.P. was a student, which S.P. stated he/she was not, and had not been in years. S.P. provided the investigator with a copy of what he/she received from the return preparer, which did not list a paid preparer's name. S.P. provided the investigator a document showing fees and amounts relating to S.P.'s Form 1040, U.S. Individual Income Tax Return. All the fees were associated with a "Sammy Holdings." The document also showed EFIN 793023. As noted prior, EFIN 793023 is associated with Sammy Holdings. S.P. also provided the investigator with a copy of the return received from the IRS. This return showed A.S. as the tax preparer, and Sammy Holdings as the preparer firm name with an address of 6015 Fergis Dr., Katy, TX 77449.

Case 1:21-mj-00180-JLW   Document 1   Filed 05/17/21   Page 6 of 44

## IRS Complaints Related to Tax Preparation located at 1706 West English Road, High Point, NC

16) On April 11, 2019, an individual identified as S.P. filed a Form 14157 Return Preparer Complaint with the IRS for the 2018 tax period.  S.P. is the same individual identified in the High Point Police Report.  In the complaint, S.P. identified the return preparer as Jerome, and listed the address as 1706 W English Rd., High Point, NC 27262. S.P. listed the business name as Total Tax at the same address as the preparer, as well as listed the EFIN as 793023, the EIN as 83-1467067, and PTIN as P01979486.  The listed EFIN and EIN are assigned to Sammy Holdings, and the PTIN is associated with A.S. S.P. checked False Items/Documents as the reason for the complaint. S.P. wrote in the comments he/she never worked at a company called Piedmont Restaurant Group.

17) On December 27, 2019, an individual identified as W.S. filed a Form 14157 Return Preparer Complaint and a Form 14157-A Tax Return Preparer Fraud or Misconduct Affidavit with the IRS for his/her 2018 tax period.  In the complaint, W.S. identified the return preparer as Remigus Nwabueze, and listed the address as 1706 A West English Rd., High Point, NC 27262. W.S. Listed the business name as Flew Services, and listed the EIN as 46-4137920.  As previously noted EIN 46-4137920 is assigned to Flew Services.  Regarding the reason for complaint, W.S. stated a school credit had been claimed without his/her consent, further noting he/she had not been to school; therefore, he/she would not have a school credit

6

## Undercover Operation at 1706 West English Rd., High Point, NC

18) On March 25, 2021, an IRS-CI special agent acting in an undercover capacity went to 1706 West English Road, Suite A, High Point, North Carolina 27262 to have a 2020 Form 1040, U.S. Individual Income Tax Return prepared. At the road, in front of the business was a sign that read "Total Tax," which can been seen in Appendix A. The undercover agent (UCA) presented a Form W-2 Wage and Tax Statement purporting to have earned $39,763 with $0 in federal withholdings during 2020. The UCA also claimed one dependent. The UCA did not provide any additional income documents, nor any documents related to education expenses.

19) The UCA went into what he/she believed to be Total Tax Services at 1706 West English Road, Suite A, High Point, North Carolina 27262. Upon entry the UCA inquired about whether the UCA needed an appointment, to which the individual at the front desk told the UCA, "No." The individual at the desk had the UCA fill out a client information sheet. The male at the desk identified himself as "Hope." Hope made a copy of the UCA's Form W-2 Wage and Tax Statement, driver's license, and Social Security card.

20) Prior to entering the back office, the UCA had to fill out a sign in sheet outside the back office area. Upon completing the client information sheet, the UCA was directed to the back office area. Upon entering the back office, a black male introduced himself to the UCA as Jerome Nwabueze. Jerome Nwabueze prepared the UCA's 2020 Form 1040, U.S. Individual Income Tax Return.

Case 1:21-mj-00180-JLW   Document 1   Filed 05/17/21   Page 8 of 44

21) Jerome Nwabueze prepared the UCA's 2020 Form 1040, U.S.
   Individual Income Tax Return while the UCA sat in a chair
   behind Jerome Nwabueze. Jerome Nwabueze used the client
   information sheet and documents provided by the UCA to prepare
   the 2020 Form 1040, U.S. Individual Income Tax Return. Jerome
   Nwabueze asked a few questions about the UCA's dependent as
   well as filing status. Jerome Nwabueze asked the UCA how much
   the UCA received from the stimulus. The UCA replied he/she
   had received the full amount, further stating the UCA thought
   he/she received $1,200 and $600. Jerome Nwabueze continued
   preparing the 2020 Form 1040, U.S. Individual Income Tax
   Return, and told the UCA his/her refund would be $4,163.
   Jerome Nwabueze printed the 2020 Form 1040, U.S. Individual
   Income Tax Return in front of the UCA, and had him/her sign
   Form 8879 IRS e-file Signature Authorization. Jerome Nwabueze
   gave the UCA a copy of the 2020 Form 1040, U.S. Individual
   Income Tax Return, after which, the UCA left the business.
   Jerome Nwabueze did not review the 2020 Form 1040, U.S.
   Individual Income Tax Return.

### Observation of UCA

22) After leaving the business, the UCA was shown pictures of
   Jerome Nwabueze from the North Carolina Division of Motor
   Vehicles database. The UCA identified the individual in the
   pictures, Jerome Nwabueze, as the individual who prepared the
   UCA's 2020 Form 1040, U.S. Individual Income Tax Return.

23) The UCA observed at least three (3) computers, two (2) desks,
   and two (2) printers. Jerome Nwabueze prepared the UCA's 2020
   Form 1040, U.S. Individual Income Tax Return while the UCA

waited in the room where the 2020 Form 1040, U.S. Individual Income Tax Return was prepared.

### UCA's 2020 Form 1040, U.S. Individual Income Tax Return Filed with the IRS

24) A check of IRS records showed that a 2020 Form 1040, U.S. Individual Income Tax Return was filed with the IRS using the UCA's identifying information. The UCA's 2020 Form 1040, U.S. Individual Income Tax Return contained wages in the amount of $39,763 on line one (1), as provided to Jerome Nwabueze. The UCA's 2020 Form 1040, U.S. Individual Income Tax Return also claimed $1,500 in non-refundable education credits on line 20, as well as $1,000 in refundable American Opportunity Credit ("AOC") (an education credit) on line 29. The UCA's 2020 Form 1040, U.S. Individual Income Tax Return also claimed $1,100 in Recovery Rebate Credits on line 30 and a refund amount of $3,663 as shown on line 35a.

25) The paid preparer's name listed on the UCA's 2020 Form 1040, U.S. Individual Income Tax Return is "MICHAEL IHEME" dated March 25, 2021. The firm's name, address, EIN, PTIN, and telephone number as shown on the UCA's 2020 Form 1040, U.S. Individual Income Tax Return is SAMMY HOLDINGS (name), 6015 FERGIS DRIVE, KATY, TX 27449 (address), None Listed (EIN), P02220251 (PTIN) and (346) 666-9778 (telephone number). The email address and the Internet Protocol (IP) address associated with the filing of the UCA's 2020 Form 1040, U.S. Individual Income Tax Return was J.bnwaz63@gmail.com and the Internet Protocol (IP) 206.195.153.41.

26) The UCA was given a paper copy of the 2020 Form 1040, U.S. Individual Income Tax Return prepared by Jerome Nwabueze. This copy provided by Jerome Nwabueze did not contain Form 8863 Education Credits or Form 8867 Paid Preparer's Due Diligence Checklist, which was electronically submitted to the IRS on March 25, 2021.

27) Form 8863 Education Credits includes information regarding the non-refundable and refundable portion of the AOC. The UCA did not provide any information or backup documentation for the AOC. Jerome Nwabueze did not ask the UCA any questions about attending any post-secondary institution or having any expenditures related to tuition or fees for a post-secondary institution. The UCA did not provide any Form 1098-T Tuition Statement nor did the UCA provide Jerome Nwabueze with the institution, "Texas Department of Justice," as an institution the UCA attended.

28) Form 8867 Paid Preparer's Due Diligence Checklist was filed with the IRS, but not given in the copy of the 2020 Form 1040, U.S. Individual Income Tax Return provided to the UCA. Part I, number 5 on Form 8867 Paid Preparer's Due Diligence Checklist references a table listing the documents provided by the taxpayer which the preparer relied upon. The data table referenced on Part I, number 5 on Form 8867 Paid Preparer's Due Diligence Checklist filed with the IRS lists the following: "School Records, Landlord Statement, Healthcare Statement, Medical Records, Childcare Records, 1098-T Tuition Statement, Receipts, Transcript." The UCA did not provide any of the listed documentation to Jerome Nwabueze.

29) Jerome Nwabueze claimed a Recovery Rebate Credit in the amount $1,100 on line 30 of the UCA's 2020 Form 1040, U.S.

Individual Income Tax Return.  Jerome Nwabueze asked the UCA
how much the UCA received from the stimulus.  The UCA replied
he/she had received the full amount of the stimulus, further
stating the UCA thought he/she received $1,200 and $600.

## Observations From Video Footage

30) Per review of the video footage captured during the
undercover operation, the back office where the UCA's 2020
Form 1040, U.S. Individual Income Tax Return was prepared has
a door in the middle of the wall with desks against the wall
on each side of the entry door.  When in the back office and
facing the entry door, Jerome Nwabueze prepared the UCA's 2020
Form 1040, U.S. Individual Income Tax Return at the desk to
the right of the door.

31) On the desk where Jerome Nwabueze prepared the UCA's 2020
Form 1040, U.S. Individual Income Tax Return were three (3)
computer monitors, all of which appeared to be turned on.  The
monitor Jerome Nwabueze used to prepare the UCA's 2020 Form
1040, U.S. Individual Income Tax Return was on the far-right
side of the desk, and the other two monitors were to Jerome
Nwabueze's left.  The monitor directly to the left of Jerome
Nwabueze eventually showed a screen with the word, "Drake."
The desk to the left of the door, where no one was sitting
when the UCA was in the room, had one (1) computer monitor
sitting on the desk, but the display did not appear to be on.
Towards the back of the room, against the wall were multiple
filing cabinets.

11

32) An Internet Protocol (IP) address is a unique address that is associated with a specific computer or computer network. When connected to the internet, the IP address allows the computers to send and receive information.

33) An online search of IP address, 206.195.153.41, used to transmit the UCA's 2020 Form 1040, U.S. Individual Income Tax Return to the IRS identified North State as the Internet Service Provider (ISP). Documents obtained from North State Telephone Company show that IP Address 206.195.153.41 was assigned to an account in the name of "Jerome Nwabuezeunited Tax Services" from March 24, 2021 through March 30, 2021. The account address is listed as 1706 A W English Rd., High Point, NC 29262. The contracts associated with this account list an email address as jbnwas63@yahoo.com. An alternate user ID bears the email florineflewis@yahoo.com.

## Statements of Former Associate and Employee of Jerome Nwabueze

### Former Associate

34) On August 18, 2017, a former business associate of Jerome Nwabueze, outlined claims where Jerome Nwabueze headed a scheme filing false Forms 1040, U.S. Individual Income Tax Returns. The former business associate's initials are H.N. H.N. said Jerome Nwabueze utilized three (3) different EIN's for three tax preparation businesses whose names were AGJ & Associates Tax Services, United Tax Services, and Total Tax Services. Per H.N. this activity took place starting in January 2017 at 1016 English Rd., High Point, NC. H.N. provided identifying information of prisoners to Jerome

12

Nwabueze, which was used for the preparation of Forms 1040, U.S. Individual Income Tax Returns. Jerome Nwabueze was paying H.N. and others involved with procuring the information a fee of $500-$1,000. Jerome Nwabueze also allegedly prepared a fraudulent Form 1040, U.S. Individual Income Tax Return using another individual's personal identifiers that were provided by H.N. Jerome Nwabueze allegedly prepared the Form 1040, U.S. Individual Income Tax Return with false Schedule C information, and a false Form 8863 Education Credits. H.N said he controlled the address used on the alleged false Form 1040, U.S. Individual Income Tax Return. H.N. alleged Jerome Nwabueze signed the Form 1040, U.S. Individual Income Tax Return as preparer and listed the firm name as United Tax Services.

*Former Employee*

35) On February 28, 2020, a former employee of Jerome Nwabueze contacted IRS-CI agents at the Greensboro, NC office, his/her initials are Y.T. Y.T. provided he/she was hired by Jerome Nwabueze in 2015 to prepare Forms 1040, U.S. Individual Income Tax Returns at Jerome Nwabueze's business. Y.T. worked one tax season at 1706 A West English Rd. High Point, NC. Y.T. obtained a PTIN, but never fully prepared tax returns. Y.T.'s responsibility was to enter the client data into the Drake tax software. Jerome Nwabueze later reviewed the information and submitted the Forms 1040, U.S. Individual Income Tax Returns.

36) According to Y.T., if a client did not have any income, Jerome Nwabueze created a Form W-2 Wage and Tax Statement or Schedule C to add income to the client's tax return. Sometimes Jerome Nwabueze listed a cleaning business he

operated as the employer on the false Forms W-2 Wage and Tax Statement. Jerome Nwabueze purchased blank Forms W-2 Wage and Tax Statements from Office Depot, and taught Y.T. how to make a Form W-2 Wage and Tax Statement on the computer. Y.T. also stated Jerome Nwabueze would add education credits to clients' Forms 1040, U.S. Individual Income Tax Returns for schools they did not attend.

37) Y.T. noted during the time working for NWABUEZE, the tax preparation business operated under three different names. Y.T. noted there were three computers, and each computer filed tax returns as a separate business. Y.T. also noted client files were kept at the business, and Y.T. was not aware of any offsite storage of records while working there.

## Preparer Tax Identification Number (PTIN)

38) SDC personnel retrieved PTINs and related information for Michael Iheme Samuel, Jerome Nwabueze, and Florine Lewis.

39) Your affiant received information from the SDC on May 4, 2021 regarding PTIN P02220251. This PTIN is associated with preparer Michael Iheme-Samuel. The PTIN was issued December 28, 2018 and is listed as active. The associated address with PTIN P02220251 is 6015 Fergis Drive, Katy, TX 77449, and the associated EFIN is 793023. The email address associated with PTIN P02220251 is michaeliheme@yahoo.com.

40) Your affiant received information from the SDC on May 4, 2021 regarding PTIN P01251483. This PTIN is associated with preparer Jerome Nwabueze. The PTIN was issued November 15, 2008 and is listed as active. The associated address with the

14

PTIN P01251483 is 1706 W English Road Apt A, High Point, NC 27262, and no EFIN is associated with the PTIN. The email address associated with PTIN P01251483 is Jbnwas63@yahoo.com.

41) Your affiant received information from the SDC on May 5, 2021 regarding PTIN P01550992. This PTIN is associated with preparer Florine F Lewis. The PTIN was issued December 21, 2011 and is listed as Permanently Retired. The associated address with the PTIN P01550992 is 3974 Cane Garden Drive, Raleigh NC 27262, and the associated EFIN is 69634. The email address associated with PTIN P01550992listed is fflewis02@yahoo.com.

## Analysis of Forms 1040, U.S. Individual Income Tax Returns Filed Using the Assigned EFINs

42) The SDC provided data to this affiant relating to the EFINs 696304 assigned to Flew Services and 793023 assigned to Sammy Holdings. The charts below summarize portions of the data.

43) As of December 11, 2020, EFIN 696304 (Flew Services) has been used to file 2017 Forms 1040, U.S. Individual Income Tax Returns and 2018 Forms 1040, U.S. Individual Income Tax Returns.

| Flew Services (EFIN 696304) as of 12/11/2020 The percentage of total returns filed per listed category is in parentheses | 2017 Tax Returns | 2018 Tax Returns |
|---|---|---|
| Total Returns Filed | 859 | 169 |
| Total Returns Claiming American Opportunity Credit (AOC) | 746 (87%) | 124 (73%) |
| Total Forms 1098-T Tuition Statement Associated with Returns | 120 (14%) | 37 (22%) |
| Total Returns Claiming Schedule C | 167 (19%) | 37 (22%) |
| Total Returns Claiming EITC | 677 (79%) | 125 (74%) |
| Total Returns Claiming a Refund | 856 (99%) | 165 (98%) |
| Total Refund Amount Claimed | $4,945,285 | $918,890 |

44) It should be noted the information contained in the above chart was developed from data provided by the SDC and is completely EFIN driven – that is, based solely on electronically filed Forms 1040, U.S. Individual Income Tax Returns submitted by the business. All returns shown in the chart above list the firm address as 1706 A West English Rd., High Point, NC. Information obtained April 26, 2020, related to the number of Forms 1098-T Tuition Statement filed by an eligible educational institution on behalf of the taxpayer, the taxpayer's spouse, or the dependent claimed as an exemption of the taxpayer. Information made available to your affiant on May 4, 2021, reflects that in addition to the electronically filed returns, Flew Services also filed a combined total of 15 paper returns for the tax years 2017 and 2018. Of the paper returns, none resulted in a tax due and owing to the IRS, and two resulted in neither a refund or a tax owing – in essence, a case where the taxpayer had remitted

16

the exact amount required to satisfy his or her calculated tax
obligation.

45) As of December 11, 2020, EFIN 793023 (Sammy Holdings) has
been used to file 2018 Forms 1040, U.S. Individual Income Tax
Returns, 2019 Forms 1040, U.S. Individual Income Tax Returns,
and 2020 Forms 1040, U.S. Individual Income Tax Returns.

| Sammy Holdings (EFIN 793023) as of 12/11/2020 for 2018 and 2019 Tax Returns and 05/04/2021 for 2020 Tax Returns. The percentage of total returns filed per listed category is in parentheses | 2018 Tax Returns | 2019 Tax Returns | 2020 Tax Returns |
|---|---|---|---|
| Total Returns Filed | 444 | 393 | 323 |
| Total Returns Claiming AOC | 356 (80%) | 292 (74%) | 197 (61%) |
| Total Forms 1098-T Tuition Statement Associated with Returns | 64 (14%) | 60 (15%) | 51 (16%) |
| Total Returns Claiming Schedule C | 76 (17%) | 118 (30%) | 97 (30%) |
| Total Returns Claiming EITC | 355 (80%) | 269 (68%) | 217 (67) |
| Total Returns Claiming a Refund | 439 (99%) | 384 (98%) | 320 (99%) |
| Total Refund Amount Claimed | $2,519,304 | $1,875,186 | $1,742,942 |

46) It should be noted the information contained in the above
chart was developed from data provided by the SDC and is
completely EFIN driven – that is, based solely on
electronically filed Forms 1040, U.S. Individual Income Tax
Returns submitted by the business. Information obtained April
26, 2020, related to the number of Forms 1098-T Tuition
Statement filed by an eligible educational institution on
behalf of the taxpayer, the taxpayer's spouse, or the
dependent claimed as an exemption of the taxpayer.

17

Information obtained on May 4, 2021, related to the electronically filed Forms 1040, U.S. Individual Income Tax Returns submitted by the business for the 2020 tax year. Your affiant also obtained the Forms 1098-T Tuition Statement for the electronically filed returns for tax year 2020. Information made available to your affiant on May 4, 2021, reflects that in addition to the electronically filed returns, Sammy Holdings also filed a combined total of 10 paper returns for the tax years 2018 and 2019. Of the paper returns, none resulted in a tax due and owing to the IRS, and four resulted in neither a refund or a tax owing – in essence, a case where the taxpayer had remitted the exact amount required to satisfy his or her calculated tax obligation. No paper filed returns were discovered for tax year 2020, but this could be due to a delay in processing the paper filed returns at the IRS.

47) On May 13, 2021, the SDC compiled national and North Carolina percentages of returns showing the AOC, Schedule C, EITC, and claiming a refund. These percentages are compared below to the data contained in the above tables for ease of comparison.

| Tax Year 2017 | | | | |
|---|---|---|---|---|
| Comparison | % AOC | % Schedule C | % EITC | % Refunds |
| Flew Services | 87% | 19% | 79% | 99% |
| North Carolina | 5% | 18% | 21% | 76% |
| Nation | 5% | 17% | 18% | 75% |
| Tax Year 2018 | | | | |
| Comparison | % AOC | % Schedule C | % EITC | % Refunds |
| Flew Services | 73% | 22% | 74% | 98% |
| Sammy Holdings | 80% | 17% | 80% | 99% |
| North Carolina | 5% | 18% | 20% | 75% |
| Nation | 5% | 18% | 17% | 74% |

| Tax Year 2019 | | | | |
|---|---|---|---|---|
| Comparison | % AOC | % Schedule C | % EITC | % Refunds |
| Sammy Holdings | 74% | 30% | 68% | 98% |
| North Carolina | 4% | 17% | 18% | 71% |
| Nation | 4% | 16% | 16% | 70% |
| Tax Year 2020 | | | | |
| Comparison | % AOC | % Schedule C | % EITC | % Refunds |
| Sammy Holdings | 61% | 30% | 67% | 99% |
| North Carolina | 4% | 14% | 21% | 83% |
| Nation | 4% | 14% | 18% | 81% |

48) As shown on the charts above, the majority of the Forms 1040, U.S. Individual Income Tax Returns filed using the EFINs for Flew Services and Sammy Holdings for tax years 2017, 2018, 2019, and 2020 obtained the Earned Income Tax Credit (EITC). The EITC is a tax credit for taxpayers who work and have earned income under the EITC amount; allowable earned income changes year to year. To qualify for EITC, you must meet certain rules and file a Form 1040, U.S. Individual Income Tax Return. The less earned income, the less EITC received. Likewise, the more earned income, the more EITC received until the taxpayer reaches the outer limitations of the earned income for each filing status. The taxpayer must meet the earned income, adjusted gross income (AGI), and investment income limits (income limits change each year) each tax year to qualify to receive the EITC.

49) As shown on the charts above, the majority of the Forms 1040, U.S. Individual Income Tax Returns filed using the EFINs for Flew Services and Sammy Holdings for tax years 2017, 2018, 2019, and 2020, obtained the American Opportunity Credit (AOC). The AOC is a partially refundable tax credit which

19

requires there to be paid educational expenses of a higher education for an eligible student who is the taxpayer, the taxpayer's spouse, or the dependent claimed as an exemption of the taxpayer. The AOC is only available for four (4) years per eligible student.

50) As shown on the charts above, the majority of the Forms 1040, U.S. Individual Income Tax Returns filed using the EFINs for Flew Services and Sammy Holdings for tax years 2017, 2018, 2019, and 2020, did not have the supporting Forms 1098-T Tuition Statement. Forms 1098-T Tuition Statement are issued by an eligible educational institution, and are required to be filed with the IRS for each student who is enrolled and a reportable transaction is made. Reportable transactions include, but are not limited to qualified tuition and related expenses for a student to be enrolled at or attend an eligible education institution. A falsified AOC would not have a corresponding Form 1098-T Tuition Statement filed with the IRS by the eligible education institution.

## Analysis of Jerome Nwabueze's Form 1040
## U.S. Individual Income Tax Returns

51) A review of available IRS records shows Jerome Nwabueze most recently filed 2017, 2018, 2019, and 2020 Forms 1040, U.S. Individual Income Tax Return. Jerome Nwabueze has 1706 West English Road Apt A listed as his home address on all of his personal Forms 1040, U.S. Individual Income Tax Returns discussed below.

52) Jerome Nwabueze's 2017 Form 1040, U.S. Individual Income Tax Return reported $20,323 in wages on line 7, $5,121 business

20

loss on line 12, and claimed a refund of $4,356 on line 76a. Attached Forms W-2 Wage and Tax Statements list "AGJ & Associates" and "Real Time Staffing Srvcs" as Jerome Nwabueze's employers. The attached Schedule C Profit or Loss From Business listed the principal business as "Group Health Care Se."

53) Jerome Nwabueze's 2018 Form 1040, U.S. Individual Income Tax Return reported $8,145 in wages on line 1, a Schedule C profit of $7,557 on line 6, and claimed a refund of $559 on line 20a. Attached Form W-2 Wage and Tax Statements list "United Tax Services and Accounting" as Jerome Nwabueze's employer. The attached Schedule C Profit or Loss From Business lists the principal business as "Trucking."

54) Jerome Nwabueze's 2019 Form 1040, U.S. Individual Income Tax Return reported $8,871 in wages on line 1, a Schedule C income of $18,988 on line 7a, a refundable AOC of $1,000 on line 18c, and claimed a refund of $5,379 on line 21a. Attached Form W-2 Wage and Tax Statements list "United Services and Accounting" as Jerome Nwabueze's employer. The attached Schedule C principal business is listed as "Trucking". Attached Form 8863 Education Credits shows a refundable AOC in the amount of $1,000, with the student's name listed as Jerome Nwabueze and education institution as the Los Angeles School of Homeopathy Medicine. IRS records did not reflect any 2019 Form 1098-T Tuition Statement from Los Angeles School of Homeopathy or any other educational institutions.

55) Jerome Nwabueze's 2020 Form 1040, U.S. Individual Income Tax Return reported Schedule C income of $3,145 part of line 8, Unemployment compensation of $26,450 part of line 8, a

21

refundable AOC of $1,000 on line 29, and claimed a refund of $3,569 on line 35a. The attached Schedule C principal business is listed as "Health and Transporter". IRS records show a Form 1099-G Certain Government Payments was filed by the North Carolina Department of Commerce Division of Unemployment for Jerome Nwabueze showing $26,450 in unemployment compensation. Attached Form 8863 Education Credits shows a refundable AOC in the amount of $1,000, with the student's name listed as Jerome Nwabueze and education institution as the Los Angeles School of Homeopathy Medicine. IRS records did not reflect any 2020 Form 1098-T Tuition Statement from Los Angeles School of Homeopathy or any other educational institution. No records obtained show income derived from tax preparation services.

### Analysis of the Business's Tax Filing History

*Flew Services.*

56) A review of available IRS records indicate Florine Lewis reported income from Flew Services on a Schedule C Profit or Loss From Business for tax years 2018 and 2019. The business address is listed as 1706A West English Road, High Point, NC 27262. The Principal business is listed as accounting services and bares the EIN 46-4137920. For tax year 2019, Flew Services reported gross income of $112,146 and total expenses of $100,384, yielding a profit of $11,762. For tax year 2019, Flew Services reported gross income of $31,511 and total expenses of $32,813, yielding a loss of $1,302.

22

*Sammy Holdings.*

57) A review of available IRS indicate Michael Iheme Samuel reported income from Sammy Holdings on a Schedule C Profit or Loss From Business for tax years 2018, 2019, and 2020. The business address is listed as 6015 Fergis Drive, Katy, TX 77449. The Principal business is listed as services and bares the EIN 83-1467067. For tax year 2018, Sammy Holdings reported gross income of $9,471 and total expenses of $18,732, yielding a loss of $9,261. For tax year 2019, Sammy Holdings reported gross income of $20,984 and total expenses of $25,133, yielding a loss of $4,149. For tax year 2020, Sammy Holdings reported gross income of $25,235 and total expenses of $50,145, yielding a loss of $24,910.

## Nature and Location of Evidence of Criminal Activity-Generally

58) Based upon my training, experience, and participation in investigations involving violations of the Internal Revenue laws and related offenses, and my discussions with special agents involved in similar investigations, I know that:

A. Persons preparing tax returns for others in return for compensation are required by law to keep, for three years, a copy of the tax returns or a list of the names, identification numbers, and tax years, of taxpayers for whom tax returns were prepared (Title 26, United States Code Sections 6107; Regulation Section 1.6107-1).

B. Accountants and return preparers generally keep books and records to include work papers, worksheets, journals, ledgers, bank records, receipts, bank statements, checks,

23

deposit tickets, contracts, invoices, billing statements, cash receipt and disbursement records, client correspondence and research files, powers of attorney, copies of tax returns, other forms prepared for clients, and documentation of the information provided by the taxpayer.

C. Accountants and return preparers often have computers and related software to schedule, compute, prepare, print, and store income tax returns, forms, documents, and other information.

D. Return preparers often retain tax documentation from previous years. For example, a return preparer preparing a 2020 tax return may retain a client's 2019 tax records to assist in the preparation of the client's 2020 return.

59) I know from my training and experience that individuals involved in tax return preparation maintain financial records including bank statements, tax returns, client files containing supporting documents for tax returns, receipts of income and expenditures, correspondence with business associates and clients, and other related items. The aforementioned documents and records are normally kept in one of two forms, hardcopy and electronic. Hardcopy files are typically kept in file cabinets and desk drawers. Individuals involved in a tax return preparation often use computers and other electronic devices as part of their record-keeping measures, especially where businesses are involved. Electronic records are normally generated and kept on a computer or stored on some mobile electronic storage device.

24

60) I know from my training and experience that it is not uncommon for seasonal tax preparation businesses to reduce their hours of operation, close, or operate by appointment only after the tax filing deadline of April 15th. However the tax filing deadline has been extended to May 17, 2021.

## SEIZURE OF COMPUTERS AND RELATED EVIDENCE

61) I know documents, records and equipment can be in the form of printed documents or stored in computer memory, digital storage disks, or other digital storage media. Computer memory is referred to interchangeably as digital storage media.

62) The following is based upon your affiant's knowledge, training, and experience, and consultation with Special Agent Kevin Wates, Computer Investigative Specialist, IRS-CI. Special Agent Kevin Wates has received specialized training regarding the seizure of computers and related evidence. Special Agent Kevin Wates advised your affiant that computer hardware, computer software, computer-related documentation, passwords, and data security devised may be important to a criminal investigation in three important respects: (1) as instrumentalities for the violations of federal laws enumerated herein; (2) as devices used in conjunction with the collection and storage of electronic data and records related to the alleged violations and (3) fruits of illegal activity. Search and seizure of computer hardware, software, documentation, passwords, and data security devices, either as instrumentalities of criminal activity or as storage devices for evidence thereof, is contemplated.

25

63) Special Agent Kevin Wates advised that in order to completely
and accurately retrieve data maintained in computer hardware
or on computer software, to insure accuracy and completeness
of such data, and to prevent the loss of the data either from
accidental or programmed destruction, it is necessary to seize
the entire operating system, installed programs and data
stored on the computer media. The computer specialist will
attempt to obtain an image of the computer hard drives (that
is a "bit by bit" copy of the hard drive). This image allows
the seizure of the data without actually removing the hard
drive from the premises. However specific, permission is
requested from the Court to remove such equipment if necessary
to an off-site location, such as a computer forensic lab to
process and search the computer and related media. Once
imaged, the data is then processed in a secure off-site
environment by a qualified computer specialist. The offsite
analysis in required because of the following:

64) The volume of evidence. Computer storage devices (such as
hard disks, diskettes, tapes, laser disks, USB drives "thumb
drives", etc.) can store the equivalent of thousands of pages
of information. Additionally, a user may seek to conceal
criminal evidence by storing it in random order with deceptive
file names. Searching authorities are thus required to
examine all the stored data to determine which particular
files are evidence or instrumentalities of criminal activity.
This sorting process can take weeks or months, depending on
the volume of data stored, and it would be impractical to
attempt this kind of data analysis "on-site."

65) Analyzing computer systems for criminal evidence is a highly
technical process requiring specialized skills and a properly

26

controlled environment. Since computer evidence is extremely vulnerable to destruction (both from accidental or inadvertent destruction and from destructive methods employed as a "booby trap"), a controlled environment is essential to its complete and accurate analysis.

66) Computer hardware is described as any and all computer equipment, including any electronic devices which are capable of collecting, analyzing, creating, displaying, converting, storing, concealing, or transmitting electronic, magnetic, optical, or similar computer impulses or data. These devices include, but are not limited to, any data-processing hardware (such as central processing units, self-contained "laptop or notebook" computers, "tablets" and "smart-phones"); internal and peripheral storage devices (such as fixed disks, external hard disks, floppy disk drives and other memory storage devices); peripheral input/output devices (such as Point of Sale [POS] systems); as well as any devices, mechanisms, or parts that can be used to restrict access to such hardware (such as physical keys and locks).

67) Computer software is described as any and all information, including any instructions, programs, or program code, stored in the form of electronic, magnetic, optical, or other media which are capable of being interpreted by a computer or its related components. This software commonly includes operating systems, programs/applications (such as word-processing, graphics, spreadsheet programs, databases programs, accounting and tax preparation software) and utilities.

68) Computer passwords and data security devices or software are described as all those devices, programs, or data, whether

27

themselves in the nature of hardware or software, that can be used or is designed for use to restrict access to or facilitate concealment of any computer hardware, computer software, computer-related data.

69) The analysis of electronically stored data may entail any or all of several different techniques.  Such techniques may include, but shall not be limited to, surveying various file "directories" and the individual files they contain (analogous to looking at the outside of a file cabinet for the markings it contains and opening a drawer believed to contain pertinent files)/ "opening" or reading the first few "pages" of such files in order to determine their precise contents; "scanning" storage areas to discover and possibly recover recently deleted data; scanning storage areas for deliberately hidden files; or performing electronic "key-word" searches through all electronic storage areas to determine whether occurrences of language contained in such storage areas exist that are intimately related to the subject matter of the investigation or in some instances operating a clone of the seized computer to allow access to the installed programs and data.

70) The terms "records, documents, and materials, including those used to facilitate communications" as used above shall also be read to include any and all electronic information or electronic data, stored in any form, which is used or has been prepared for use either for periodic or random back-up (whether deliberate or inadvertent, or automatically or manually initiated), of any computer or computer system.  The form such information might take includes, but is not limited to, hard drives, diskettes, tapes, USB (Universal Serial Bus) storage media (Thumb drives), other solid state type storage

media or any other media capable of storing information in a form that can be read or interpreted by a computer.

71) All attempts will be made by the computer specialist to obtain images of the computer's hard drive and leave the equipment intact at the search location. However, specific permission is requested from the Court to remove such equipment to an offsite location, such as the computer specialist's lab to process and search the computer and related media.

## Conclusion

72) In summary, based on the information contained in this Affidavit, I conclude there is probable cause to believe that the intentional preparation of false or fraudulent Forms 1040, U.S. Individual Income Tax Return and the filing of these false or fraudulent returns with the Internal Revenue Service in violation of Title 26, United States Code, Sections 7206(1) (Fraud and False Statements) and 7206(2)(Aid or Assist with the Preparation or Presentation of a False or Fraudulent Document), Title 18, United States Code, Section 287 (False, Fictitious or Fraudulent Claims) and Section 371 (Conspiracy to Defraud the United States) has occurred.

73) As shown above, on March 25, 2021, Jerome Nwabueze, a tax return preparer associated with Sammy Holdings at 1706 West English Rd., Suite A, High Point, NC, knowingly prepared a tax return for an IRS-CI special agent acting in an undercover capacity. The tax return preparer inserted false information so as to secure a tax refund on a basis for which he knew the UCA was not entitled. The return preparer filed the UCA's

29

return showing the AOC, as the return preparer well knew, the UCA had not provided any information regarding being a student or having postsecondary tuition or fee expenses as reported. The tax return preparer prepared the return without having a Form 1098-T Tuition Statement from an eligible education institution. The return preparer also prepared the UCA's return showing a recovery rebate credit, after the UCA told the return preparer the UCA had received his/her stimulus check.

74) I further submit there is probable cause to believe the evidence and instrumentalities of these crimes, specifically identified in Attachment B, are located at the business at 1706 West English Rd., Suite A, High Point, NC 27262, and described more thoroughly in Attachment A.

S/ *Brett Barton*

Brett Barton, Special Agent
Internal Revenue Service
Criminal Investigation

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means (telephone), was placed under oath, and attested to the contents of this written affidavit. This the 17th day of May, 2021 at 1:42pm.

Joe L. Webster
United States Magistrate Judge
Middle District of North Carolina

30

## LOCATION TO BE SEARCHED

1) Total Tax Services
   1706 West English Road, Suite A
   High Point, North Carolina 27262

2) The premises known as the business location of Total Tax Services is located at 1706 West English Road, Suite A, High Point, NC 27262. The building is a single-story structure with multiple businesses. The building is a brown in color brick building with an awning over the entire front of the building. Total Tax Services is the second business from the left side of the building. There are glass windows that run from the ceiling to floor of the business to the left of the glass entrance door. The glass windows have curtains which cover the entire glass windows. The glass door also has a covering. All window and door framing has a silver in color appearance. At the top of the glass door is a white sign with black handwritten numbers and letters reading "1706-A." There is what appears to be a doorbell camera secured to the glass above the doorframe. Secured on the inside of the window to the left of the door is a white sign with what appears to be a blue background of a house with cutouts of an individual standing and one in a wheelchair. Secured outside the business in front of the windows is a blue sign with white and yellow lettering with letters, numbers, and dollar signs. A grey/silver color mailbox is affixed to the brick to the right of the glass door.

3) On Interstate 40 in Greensboro, NC travel East toward Greensboro, NC. From Interstate 40, take exit 218A US-220 towards Business I-85 South. From US-220 take exit 79 for I-85

Business South towards Charlotte/High Point. After merging
onto I-85 Business, take exit 118 to continue on I-85 Business
South towards High Point. From I-85 Business South take the W
Green Drive exit and travel 1/10 of a mile and turn left onto
Trinity Avenue. From Trinity Avenue travel 4/10 of a mile and
turn right onto Prospect Street. From Prospect Street drive 1
and 2/10 miles, and turn right onto West English Road. Once on
West English Road, travel approximately 3/10 of a mile and
1706 West English Road, Suite A, High Point, NC 27262 will be
on your left.

4) Front building view of 1706 and 1708 West English Road, High
Point, North Carolina.



5) Front view of 1706 West English Road, Suite A, High Point,
   North Carolina.



6) View of sign near the road for Total Tax Services at 1706 West
English Road, Suite A, High Point, North Carolina.



DESCRIPTION OF ITEMS TO BE SEIZED

Evidence of violations of Title 26, Section 7206(1) (Fraud and
False Statements) 7206(2)(Aid or Assist False or Fraudulent
Document), and Title 18, Section 287 (False, Fictitious or
Fraudulent Claims) and Section 371 (Conspiracy) as specified
herein, located on the premises of the businesses of Total Tax
Services, 1706 West English Road, Suite A, High Point, NC 27262,
for the tax years 2016, 2017, 2018, 2019 and 2020 and/or the
calendar years 2017, 2018, 2019, 2020 and 2021, as follows:

1. Client listing; appointment books; address books; planning
   calendars; Rolodexes; notebooks; telephone number lists;
   diaries; other papers reflecting names, addresses or
   telephone numbers and/or any electronic handheld device
   used to maintain such information.

2. Records reflecting the return preparer(s) associated with
   the preparation of tax returns or tax refunds, including
   records reflecting fees associated with the preparation of
   tax returns.

3. The following records and documents related to the
   preparation of income tax returns:

   a. Forms 1040, U.S. Individual Income Tax Return and
      attachments;

   b. Forms 1040A, U.S. Individual Income Tax Return and
      attachments;

c. Forms 1040X, Amended U.S. Individual Income Tax Return and attachments;

d. Tax forms such as Form 8812 Child Tax Credit, Form 8863 Education Credits, and Form 8867 Paid Preparer's Due Diligence Checklist that are associated with a Form 1040 and/or Form 1040A, U.S. Individual Income Tax Return;

e. Tax schedules such as Schedule C Profit or Loss from Business that are associated with a Form 1040, U.S. Individual Income Tax Return;

f. Documentation corroborating that any dependents were claimed on tax returns prepared by the subject businesses, such as copies of Social Security cards and school records;

g. Tax forms such as Form W-2 Wage and Tax Statement, and Form 1098 Tuition Statement;

h. Work papers related to the preparation of individual income tax returns;

i. Client information sheets related to the preparation of individual income tax returns;

j. Receipts, check stubs, profit loss statements, other documents that appear to support income/deductions claimed on a tax return and/or

k. Correspondence or notes relating to the preparation and filing of individual income tax returns.

4. All e-file, Electronic Filing Identification Number (EFIN), Preparer Tax Identification Number (PTIN), Electronic Return Originator (ERO) or Employer Identification Number (EIN) applications for the businesses of Flew Services, Sammy Holdings, Total Tax Services, and/or United Tax Services return preparers, and affiliated business entities. Records of fee structure for the preparation of tax returns, Refund Anticipation Loans (RALs), other bank products offered in relation to a tax refund, and any other fees associated for every tax return prepared and/or filed.

5. Records showing the names of tax software, purchase, lease, rental, and agreement to use tax preparation software, to include the fees associated with using such software and the dates of use. Records showing the use of any tax preparation software, internet sites, or other methods to prepare and file tax returns.

6. Back-up copies of tax returns and tax return data in possession of Flew Services, Sammy Holdings, Total Tax Services, and/or United Tax Services.

7. Records of all refund anticipation loan services, RAL or Refund Anticipation Check (RAC), or other bank services to include bank names, bank routing numbers, and bank account numbers. All agreements between Flew Services, Sammy Holdings, Total Tax Services, and/or United Tax Services or any other employee, principal or entity affiliated therein to provide RAL, RAL processing services or intermediary

services, or any other refund related banking product to include reloadable debit cards, checks, refund transfers, or any similar type system for issuing tax refunds. Bank and financial account applications, statements, checks, and withdrawal and deposit slips, prepaid debit or credit cards, and treasury checks issued for income tax refunds.

8. Records of checks or currency paid by employees of Flew Services, Sammy Holdings, Total Tax Services, and/or United Tax Services to its clients in advance of the clients refund for a fee.

9. Financial records to include bank statements, credit card records, bank reconciliations, checks, cancelled checks, check stubs, withdrawal slips, deposit records to include deposit tickets, interest statements, official checks, wire transfer records, and/or cash receipts where refund or preparer fees may have been diverted.

10. Employee files (hired return preparers and office staff) including all records of employee or contractor positions and dates of employment or contracts. All employment or payroll records to include records disclosing the dates of employment, wages or commissions paid, checks used for any payments to the aforementioned individuals; Forms W-4 Employees Withholding Exemption Certificate; Forms W-2 Wage and Tax Statements disclosing annual wages; Forms 1099 U.S. Information Returns disclosing fees, and commissions paid.

11. If any record(s) and/or documents described in paragraphs 1 through 11 above are found in a file or folder, or some other equivalent mode of storage such as an envelope, the

entire contents of the file/folder, as well as the physical file/folder, shall be seized.

12. All employee or contractor background records including applications for employment, personnel files, discipline records, and complaint records. All training records, dates of training, certificates earned, degrees earned, copies of training materials, instructions and/or work guides.

13. Evidence of indicia of ownership including utility bills, bank statements for Flew Services, Sammy Holdings, Total Tax Services, and/or United Tax Services or employment agreements for return preparers, supervisors, trainers or those involved in the day-to-day operation of Flew Services, Sammy Holdings, Total Tax Services, and/or United Tax Services.

14. All communication relating to the clients' tax returns or tax refunds, of Flew Services, Sammy Holdings, Total Tax Services, and/or United Tax Services.

15. All communication between Michael Iheme Samuel, Florine Lewis, Jerome Nwabueze, and others regarding the preparation of tax returns and/or related refunds in the possession of Sammy Holdings, Flew Services, Total Tax Services, and/or United Tax Services to include emails and/or electronic communication to include instant messaging, text messaging or any other form of written electronic communication whether in print format or electronic format.

16. IRS publications; regulations and or copies of IRS forms and documents; IRS correspondence; and the Internal Revenue Code.

17. PTIN, EIN and/or EFIN records including applications, approval/rejection letters from the IRS, and/or correspondence to/from any person, entities and/or the IRS regarding the application, issuance, use, or misuse of a PTIN or EFIN and/or noncompliance with e-file rules.

18. Certificates, diplomas or transcripts related to graduation from programs or seminars related to the preparation of income tax returns or knowledge of Federal income tax law. Copies of training materials.

19. Any records, documents, materials and files described in paragraphs 1-19 which are maintained on a computer. The terms "records," "documents," "materials" and "files" include all information preserved in any form, visual, magnetic, electronic or aural, including the originals and all non-identical copies thereof, whether different from the original by reason of any notation made on such copies or otherwise. These definitions apply regardless of the form in which such records, documents, materials and files, including any drafts or modifications, may have been created or stored, including (but not limited to) any handmade form (such as writing, drawing, painting, with any implement on any surface, directly or indirectly); any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies); any mechanical form (such as writing, printing or typing); any computerized, electrical,

electronic, or magnetic form (such as tape recordings,
cassettes, compact discs, or any information on an
electronic or magnetic storage device, such as floppy
diskettes, hard disks, CD-ROMS, optical discs, printer
buffers, smart cards, memory calculators, personal digital
assistant (pda), electronic dealers, ZIP drives, or
electronic notebooks, as well as printouts or readouts from
any magnetic storage device), including information
preserved in files that have been "deleted" from computer
storage devices or facilities.

20. The term "computer," as used here, is defined as an
electronic, magnetic, optical, electrochemical, or
other high speed data processing device performing
logical or storage functions, and includes any data
storage facility or communications facility directly
related to or operating in conjunction with such
device

21. Agents are authorized to seize and remove from the
premises any computer hardware including computer
system input/output (I/O) peripheral devices and
software so that a qualified computer expert can
accurately retrieve the system's data in a laboratory
or other controlled environment

22. Agents and computer analysts working with agents are
authorized to seize the relevant system software (operating
systems, interfaces, and hardware drivers), any
applications software which may have been used to create
the data (whether stored on hard drives or on external

media), as well as all related instruction manuals or other documentation and data security devices (including but not limited to passwords, keycards, and dongles). In addition, they are authorized to reconfigure the system as it now operates in order to accurately retrieve the evidence stored therein.

23. If, after inspecting the I/O devices, software, documentation and data security devices, the analyst determines that these are no longer necessary to retrieve and preserve the date evidence, and the prosecutor determines that they are not necessary to preserve as instrumentalities of the crime, the items shall be returned by them within a reasonable time unless a forfeiture action is initiated against the property.

24. In regard to the inspection of computers and related equipment contents for records, documents, materials and files within the scope of this warrant, agents are authorized to analyze the electronically stored data, whether on-site or in a laboratory or other controlled environment, using the following techniques, among others: (a) surveying various file "directories" and the individual files they contain in order to locate evidence and instrumentalities authorized for seizure by the warrant; (b) "opening" or reading the first few "pages" of such files in order to determine their precise contents; (c) "scanning" storage areas to discover and possibly recover deleted data; (d) "scanning" storage areas for deliberately hidden files; and (e) performing electronic "key word" searches through all electronic storage areas to determine

whether occurrences of language contained in such storage areas exist that are intimately related to the subject matter of the investigation.

25. This warrant specifically authorizes the creation of a "mirror image" of a drive or other storage device or media for use in an off-site search. In that event, the agents are authorized to use the above search techniques, among others, for said search.

26. Safes and locked containers. This warrant specifically contemplates that such safes and locked containers can be opened to be searched either on-site or off-site.